# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RUTHIE TULLY and JOHN TULLY** | \* | **CIVIL ACTION** |
| | \* | |
| | \* | **NUMBER: 3:15-CV-02020** |
| **VERSUS** | \* | |
| | \* | |
| **DOLLAR TREE STORES, INC.** | \* | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P., Rule 7.1, defendant, Dollar Tree Stores, Inc. submits this Corporate Disclosure Statement and respectfully represents as follows:

1. The named corporate defendant in the above captioned lawsuit is Dollar Tree Stores, Inc.

2. With regard to Dollar Tree Stores, Inc., the following information applies:

a. Is the party a publicly held corporation or other publicly held entity?

( X ) Yes ( ) No

b. Does the party have any parent corporations?

( X ) Yes ( ) No.

If yes, identify all parent corporations: Dollar Tree, Inc.

c. Is 10 percent or more of the party's stock owned by a publicly held corporation or other publicly held entity?

( ) Yes ( X ) No