# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RUTHIE TULLY and JOHN TULLY** | * | **CIVIL ACTION 3:15-CV-02020** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **DOLLAR TREE STORES, INC.** | * | **MAG. JUDGE KAREN L. HAYES** |

* * * * * * * * * * * * * * * * *

## MOTION TO DISMISS

**NOW COME** plaintiffs, Ruthie Tully and John Tully, through undersigned counsel, and suggests to the court that they desire to dismiss their claims against Dollar Tree Stores Inc. in the above numbered and titled action with prejudice, each party to bear their own costs.

Respectfully Submitted,

___s/Duncan Jones_____
**DUNCAN JONES (#34935)**
P.O. Box 1464
Bastrop, LA 71220
Telephone: (318) 974-6007
Fax: (318) 974-6040
*Attorney for Plaintiffs*

**AGREED TO:**

**UNGARINO & MALDONADO, LLC**

__s/ J. Michael Nash_____
**MATTHEW J. UNGARINO (#15061)**
*J. MICHAEL NASH (#27021)*
910 Pierremont Road, Suite 103
Shreveport, Louisiana 71106
Telephone: *318/866-9598*
Fax: 318/866-9598
*Attorney for Defendant*

---

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, either by
    x    electronic delivery,
    ☐    facsimile, or by
    ☐    United States mail, properly addressed and first class postage prepaid on the _7th__ day of February_, 2017.

*S/Duncan Jones*
_____
DUNCAN JONES