UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **RUTHIE TULLY AND JOHN TULLY** | **CIVIL ACTION NO. 15-2020** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **DOLLAR TREE STORES, INC.** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

Upon consideration,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss [Doc. No. 29] is GRANTED, and Plaintiffs' claims are DISMISSED WITH PREJUDICE, each party to bear its own costs.

MONROE, LOUISIANA, this 8th day of February, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE